IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TED VICTOR HALL, JR.**,

        Petitioner,

   v.

**DEWAYNE HENDRIX**, Warden, FCI Sheridan,

        Respondent.

Case No. 3:21-cv-00188-IM

**ORDER OF DISMISSAL**

**IMMERGUT, District Judge.**

    The Court GRANTS Petitioner's Motion to Voluntarily Dismiss Petition (ECF No. 28) filed on December 10, 2021, and ORDERS that this action is DISMISSED without prejudice.

    **IT IS SO ORDERED.**

    DATED this __10th__ day of December, 2021.

                                                /s/ Karin J. Immergut
                                                Karin J. Immergut
                                                United States District Judge